BEFORE: STEVEN L. TISCIONE
UNITED STATES MAGISTRATE JUDGE

DATE: 8/27/2026
TIME: 2:00 p.m.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 27 2026 ★
LONG ISLAND OFFICE

## CRIMINAL CAUSE FOR ARRAIGNMENT ON INDICTMENT

**DOCKET No. CR 26-252 (SJB)**

**DEFENDANT: Quinton Davis** **DEF. #**
☒ Present ☐ Not Present ☒ Custody ☐ Bail/Surrender

**DEFENSE COUNSEL:** Joseph Ferrante
☐ Federal Defender ☒ CJA ☐ Retained

**A.U.S.A.:** Andrew Wenzel

INTERPRETER:

PROBATION OFFICER/PRETRIAL:

COURT REPORTER / FTR LOG: 2:10 – 2:20 MAGISTRATE DEPUTY: JJT

☒ Case called ☒ Counsel for all sides present

☒ Arraignment on the Indictment

☒ Defendant enters a plea of NOT GUILTY.

☒ Waiver of Speedy Trial executed; time excluded from 8/27/26 through 9/24/26

☐ Order Setting Conditions of Release and Bond continued.

☒ Permanent Order of Detention entered.

☐ Temporary Order of Detention entered.

☐ Detention Hearing scheduled for:

☐ Bail Hearing held. Disposition:

☒ Next Court appearance scheduled for 9/24/26 at 10:30 a.m. before Judge Bulsara.

Defendant ☐ Remains on Bond; ☐ Remains in Custody.

OTHER: Defendant waives a public reading of the Indictment. Rule 5(F) order entered.